

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
KEN WILLARD ▲
MARK ROZENBERG ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN
285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500
fax: 201.282.6501 | www.steinsakslegal.com

May 26, 2020

*Status Letter via ECF*

Honorable Robert W. Lehrburger
United States District Court
Southern Distrct of New York

   RE: **Guglielmo v. Luxury Brand Holdings, Inc.**
      **Case No. 1:19-cv-10393**

Dear Judge Lehrburger:

  On March 26, 2020, the undersigned inadvertently filed a Joint Status Letter in response to Your Honor's Order of April 7, 2020 requesting a joint status report by both parties. The March 26, 2020 letter did not have Defendant Luxury Brand Holdings, Inc.'s position and was filed without their consent. *See* Doc # 24. This was an oversight and the letter should be withdrawn from the docket. A Joint Status Letter will be forthcoming with the consent of all parties concerned and the stated positions of each party.

  My sincerest apologies to the Court for any inconvenience caused thereby.


            Respectfully Submitted,

            */s/ Kenneth Willard*
            Kenneth Willard