

30 South Pearl Street, Suite 901
Albany, NY 12207-3492

p: 518-396-3100   f: 518-396-3101
hinckleyallen.com

**Christopher V. Fenlon**
cfenlon@hinckleyallen.com

August 5, 2020

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    RE:    *Guglielmo v. Luxury Brand Holdings, Inc.*, Case No. 19-cv-10393 (PGG) (RWL)

Your Honor:

    Following July 8, 2020 Settlement Conference before Magistrate Judge Robert W. Lehrburger, the parties have agreed to resolve this action by Consent Decree. Enclosed please find an executed Consent Decree for Your Honor's review. Upon approval and entry of the Consent Decree, the parties will file a stipulation of dismissal with prejudice.

    Very truly yours,

    */s/ Christopher V. Fenlon*

    Christopher V. Fenlon

CVF/jpm
Enclosures